# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONVERSE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN MADDEN, LTD., )<br>)<br>Defendant. ) | Civil Action No.: 20-11032-NMG |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc. ("Converse") and Defendant Steven Madden, Ltd. ("Madden") hereby stipulate and agree that Converse dismisses with prejudice all claims for relief against Madden in this action. Each party shall bear its own attorneys' fees and costs in this action.

Dated: February 1, 2022

| | |
|---|---|
| */s/*  Michael J. Harris | */s/*   Brian A. Comack |

Christopher J. Renk
  Chris.Renk@arnoldporter.com
Michael J. Harris
  Michael.Harris@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300

Bridgette C. Boyd
  bridgette.boyd@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone (202) 942-5000

Kathleen M McCarte
  kathleen.mccarte@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone (713) 576-2400

*Attorneys for Plaintiff,*
*Converse Inc.*

Susan G. L. Glovsky BBO# 195880
  susan.glovsky@hbsr.com
Hamilton, Brook, Smith & Reynolds, P.C.
155 Seaport Blvd.
Boston, MA  02210
Telephone: (617) 607-5900

Douglas A. Miro
  dmiro@arelaw.com
Brian A. Comack
  bcomack@arelaw.com
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000

*Attorneys for Defendant,*
*Steven Madden, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 1, 2022, the foregoing STIPULATION OF DISMISSAL was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                         /Samuel J. Sussman/
                                         Samuel J. Sussman